|  |  |  |
|---|---|---|
| LEAH WALKER, on behalf of herself and all others similarly situated, | ) ) ) ) | **United States District Court Northern District of Illinois** |
|  | ) |  |
| Plaintiffs, | ) | Case No.: 1:25-cv-12061 |
|  | ) ) |  |
| v. | ) ) | **NOTICE OF SETTLEMENT** |
| Lofco Limited Liability Company, d/b/a The Boardsmith, | ) ) |  |
| Defendant. |  |  |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: January 12, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law